**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Christopher Sebastian,<br><br>                    Plaintiff,<br>     v.<br><br>Seterus, Inc.,<br><br>                    Defendant. | Civil Action No.:  1:16-cv-01089-MKB-PK |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 28, 2016

Respectfully submitted,

PLAINTIFF, Christopher Sebastian

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg

                 Sergei Lemberg