UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Christopher Sebastian,

                Plaintiff,

v.

Seterus, Inc.,

                Defendant.

Civil Action No.: 1:16-cv-01089-MKB-PK

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Christopher Sebastian | Seterus, Inc. |
|---|---|
|   /s/ Sergei Lemberg   |   /s/ Thomas R. Dominczyk   |
| Sergei Lemberg, Esq. (SL 6331) | Thomas R. Dominczyk |
| LEMBERG LAW L.L.C. | MAURICE WUTSCHER LLP |
| 43 Danbury Road, 3rd Floor | 5 Walter Foran Boulevard, Suite 2007 |
| Wilton, CT 06897 | Flemington, New Jersey 08822 |
| (203) 653-2250 | (908) 237-4544 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED:
s/ MKB 9/28/2016

_____
MARGO K. BRODIE
United States District Judge